No. 817. HELVETIA SWISS FIRE INSURANCE COMPANY, PETITIONER, *v.* MAX J. BRANDENSTEIN ET AL. March 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Wallace* and *Mr. Frederick B. Campbell* for the petitioner. *Mr. William V. Rowe* and *Mr. Royall Victor* for the respondents.

----

No. 818. IN THE MATTER OF BERNARD STAVRAHN, PETITIONER. March 7, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin P. Grosvenor* for the petitioner. *Mr. Clarence R. Freeman* for the respondent.

----

No. 806. SEBALD M. HOHL, PETITIONER, *v.* NORDDEUTSCHER LLOYD. March 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Kneeland* for the petitioner. *Mr. Joseph Larocque* for the respondent.

----

No. 810. ROLAND P. CONKLIN, PETITIONER, *v.* THE DAIMLER MANUFACTURING COMPANY ET AL. March 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M. Earle* for the petitioner. No appearance for the respondent.